Jason M. Katz (jkatz@hhdulaw.com)
State Bar No. 24038990
HIERSCHE, HAYWARD,
DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610
Telephone:   (972) 701-7000
Facsimile:    (972) 701-8765

**LOCAL COUNSEL FOR PLAINTIFF
ANDREA L. JOHNSON**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ANDREA L. JOHNSON,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CASE NO. 3:18-cv-02227-L** |
| § | |
| CSC SERVICEWORKS, INC. d/b/a § | |
| APPLIANCE WAREHOUSE OF § | |
| AMERICA, INC., § | |
| § | |
| Defendant. § | |

**MOTION FOR WITHDRAWAL OF APPEARANCE
ON BEHALF OF PLAINTIFF ANDREA L. JOHNSON**

**COMES NOW,** Andrea L. Johnson ("Plaintiff"), by and through her attorneys of record, respectfully requests that Robert Kent Love, formerly of Hiersche, Hayward, Drakeley & Urbach, P.C. ("HHDU"), be permitted leave to withdraw his appearance as counsel on behalf of Plaintiff and, in support thereof, respectfully shows the Court as follows:

1. On August 22, 2018, Plaintiff filed her complaint against CSC ServiceWorks, Inc. d/b/a Appliance Warehouse of America, Inc. for violations of the Telephone Consumer Protection Act, the Texas Debt Collection Act, Invasion of Privacy-Intrusion Upon Seclusion, Intentional Infliction of Emotional Distress and Trespass to Personal Property. At the time of the filing of the complaint, Alexander J. Taylor was the attorney of record for Plaintiff.

2. On August 28, 2018, Jason M. Katz and Robert Kent Love entered appearances as local counsel for the Plaintiff. Robert Kent Love is no longer employed by HHDU.

3. Plaintiff shall continue to be represented by (a) Alexander J. Taylor of Sulaiman Law Group Ltd. and (b) Jason M. Katz of Hiersche, Hayward, Drakeley & Urbach, P.C.

**WHEREFORE,** Plaintiff Andrea L. Johnson respectfully moves the Court to allow Robert Kent Love, formerly of Hiersche, Hayward, Drakeley & Urbach, P.C., to withdraw his appearance as local counsel of record in this matter.

Respectfully submitted:

By: */s/ Jason M. Katz*
Jason M. Katz (jkatz@hhdulaw.com)
State Bar No. 24038990
HIERSCHE, HAYWARD, DRAKELEY
  & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001-4610
Telephone:   (972) 701-7000
Facsimile:    (972) 701-8765

**LOCAL COUNSEL FOR PLAINTIFF
ANDREA L. JOHNSON**

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on October 17, 2018 he caused a copy of the foregoing Motion for Withdrawal of Appearance on behalf of Plaintiff Andrea L. Johnson to be filed with the Court via CM/ECF and served on all parties requesting electronic notification.

*/s/ Jason M. Katz*
Jason M. Katz